United States District Court
Southern District of Texas
**ENTERED**
October 12, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SHANE YEAGIN, (Polk County Jail #18476), Plaintiff, | § § § § § | CIVIL ACTION NO 4:23-cv-02592 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ONALASKA POLICE DEPARTMENT and SIMMON PRINCE, Defendants. | § § § § | |

### MEMORANDUM ON TRANSFER

Pending is a complaint under 42 USC § 1983 filed by Plaintiff Shane Yeagin. Dkt 1.

Plaintiff is an inmate of the Polk County Jail. He proceeds here *pro se* and brings this action against law enforcement officials in Polk County. He sues for violations of civil rights that allegedly occurred there.

The interests of justice and the convenience of parties and witnesses support transfer of this action to the United States District Court for the Eastern District of Texas, Lufkin Division. 28 USC §§ 1391, 1404(a).

This action is TRANSFERRED to the United States District Court for the Eastern District of Texas, Lufkin Division.

The motion to proceed *in forma pauperis* and the motion for counsel are DENIED without prejudice to reconsideration after transfer. Dkts 3 & 7.

SO ORDERED.

Signed on ___October 12, 2023___, at Houston, Texas.

                        *[signature]*

Hon. Charles Eskridge
United States District Judge